UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

Civil Action No. 16-114-HRW

GLENN DONEGHY, PETITIONER,

v. ORDER

JOSEPH MEKO, WARDEN, RESPONDENT.

Glenn Doneghy filed a Petition for Writ of Habeas Corpus [Docket No. 1]. The case was referred to United States Magistrate Judge J. Gregory Wehrman for a report and recommendation. Magistrate Judge Wehrman recommends that the petition be dismissed as having been untimely filed. [Docket No. 6]

Petitioner has filed objections [Docket No. 7]. The Court having reviewed the objections, as well as the record, finds nothing therein which would contradict or call into question the findings of the Magistrate. Thus, the Court shall adopt the report and recommendation as and for its own opinion.

Accordingly, **IT IS HEREBY ORDERED** that the Magistrate Judge's report and recommendation [Docket No. 15] is hereby, **APPROVED and ADOPTED** as for the opinion of the Court. **IT IS FURTHER ORDERED** that the petition be **DISMISSED** and this matter **STRICKEN** from the docket of this Court.

This 1st day of December, 2016.

Henry R. Wilhoit, Jr., Senior Judge



Signed By:
*Henry R. Wilhoit, Jr.*
United States District Judge